THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Bobby Davis, Appellant.
 
 
 

Appeal From Aiken County
Clifton Newman, Circuit Court Judge

Unpublished Opinion No.  2012-UP-175
Submitted March 1, 2012  Filed March 14,
 2012 

AFFIRMED

 
 
 
Appellate Defender Tristan Shaffer, of Columbia, for Appellant.
Attorney General Alan Wilson, Chief Deputy Attorney General John
 W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and Senior
 Assistant Attorney General Harold M. Coombs, Jr., all of Columbia; and
 Solicitor J. Strom Thurmond, Jr., of Aiken, for Respondent. 
 
 
 

PER CURIAM: Bobby Davis appeals his conviction for third-degree
 criminal sexual conduct (CSC), arguing the trial court erred in denying in his
 motion for a directed verdict. We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities: State v. Morgan,
 352 S.C. 359, 364, 574 S.E.2d 203, 205 (Ct. App. 2002) ("When ruling
 on a motion for a directed verdict, the trial court is concerned with the
 existence or nonexistence of evidence, not its weight.  On appeal from the
 denial of a directed verdict, an appellate court must view the evidence in the
 light most favorable to the State. If there is any direct evidence or any
 substantial circumstantial evidence reasonably tending to prove the guilt of
 the accused, [the appellate court] must find the case was properly submitted to
 the jury." (internal citations omitted)); S.C. Code Ann. § 16-3-654(1)(a)
 (2003) ("A person is guilty of [CSC] . . . if the actor engages in sexual
 battery with the victim and . . . the actor uses force or coercion to
 accomplish the sexual battery.").
AFFIRMED.
PIEPER, KONDUROS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.